# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>Jeffrey Wittenberg & Anna Sokolova<br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 – FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1.    Plaintiff, _Jeffrey Wittenberg_, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2.    Plaintiff, _Jeffrey Wittenberg_, is a resident and citizen of the State of _New York_ and claims damages as set forth below.

3.    Plaintiff's Spouse, _Anna Sokolova_, is a resident and citizen of the State of _New York_, and claims damages as set forth below.

*[Cross out Spousal Claim if not applicable.]*

4.    Jurisdiction is proper based upon diversity of Citizenship.

5.    Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is New York Eastern District Court .

6. Plaintiff brings this action *[check the applicable designation]*:

☑ On behalf of [himself/herself];

☐ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about May 30, 2007 _____, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] Revision total knee replacement left side _____ [Type of Surgery] at the Lenox Hill Hospital 100 East 77th Street New York, NY 10065 _____ [medical center and address], in New York, NY _____[city and state], by Dr. Jose A. Rodriguez, MD _____.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was Staphylococcus aureus. Streptococcus viridans _____ (*if known*).

9.     As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

undergone ___multiple I&D procedures, Polyethylene exchange, Antibiotic spacer placement procedure, Revision___ [Describe

treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged

procedures, etc.] on or about ___the time period between June 26, 2007 and February 15, 2008___, at _____

___Lenox Hill Hospital 100 East 77th Street New York, NY 10065___ [medical center(s)

and address(es)] by Dr(s). ___Jose A. Rodriguez, MD___. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10.     (a)  Plaintiff claims damages as a result of (check all that are applicable):

☑     INJURY TO HERSELF/HIMSELF

☐     INJURY TO THE PERSON REPRESENTED

☐     WRONGFUL DEATH

☐     SURVIVORSHIP ACTION

☑     ECONOMIC LOSS

(b)  Plaintiff's spouse claims damages as a result of (check all that are

applicable):  [*Cross out if not applicable.*]

☑     LOSS OF SERVICES

☑     LOSS OF CONSORTIUM

11.     Defendants, by their actions or inactions, proximately caused the injuries to

Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12.     The following claims and allegations are asserted by Plaintiff(s) and are

herein adopted by reference (check all that are applicable):

☑     FIRST CAUSE OF ACTION - NEGLIGENCE;

3

☑    SECOND CAUSE OF ACTION - STRICT LIABILITY;

☑    FAILURE TO WARN

☑    DEFECTIVE DESIGN AND MANUFACTURE

☑    THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☑    FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF New York _____, N.Y.U.C.C. Law §§ 2-314, et seq. ___;

☑    FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☑    SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☑    SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☑    EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

☑    NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF New York _____, N.Y. Gen. Bus. Law §§ 349, et seq. and §§ 350-e, et seq. ___;

☑    TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

☑    ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

☑    TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

☑    THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

☑    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: June 28, 2018
_____

Respectfully submitted,
BROWN AND CROUPPEN, P.C.
/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF