IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABLITY LITIGATION | MDL No. 15-md-2666(JNE/DTS) |

This document relates to:

Jeffrey Wittenberg & Anna Sokolova

      Plaintiffs,

vs.                                   Civil Action No.  0:18-cv-1792(JNE/DTS)

3M COMPANY,
and  ARIZANT HEALTHCARE, INC.,

      Defendants.

---

## **SUGGESTION OF DEATH**

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the  Federal Rules of Civil Procedure, hereby inform this Court of the death of Plaintiff  Jeffrey Wittenberg, which occurred on or about July 24, 2024. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties and an Amended Complaint will be filed by the appropriate representative of Jeffrey Wittenberg's estate within the appropriate time period.

                                  RESPECTFULLY SUBMITTED,

                                   BROWN & CROUPPEN, P.C.

Dated:  10/21/2024                 /s/Seth S. Webb
                                   Seth S. Webb # 51236
                                   4900 Daggett Ave.
                                   Saint Louis, MO 63110
                                   (314) 421-0216
                                   (314) 421-0359
                                   SethW@getbc.com
                                   Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 21st Day of October 2024.

/s/Seth S. Webb_____
Counsel for Plaintiff